JOHANNA GLYNIS, RESPONDENT, v. CHARLES L. WRIGHT, APPELLANT.

Argued May 19, 1939—Decided September 22, 1939.

For the appellant, *Kalisch & Kalisch*.

For the respondent, *Nathan Rabinowitz*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BODINE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 12.

*For reversal*—None.

CHARLES A. CORIELL, APPELLANT, v. BOROUGH OF DUNELLEN ET AL., RESPONDENTS.

Argued May 19, 1939—Decided September 22, 1939.

For the appellant, *Joseph J. Mutnik*.

For the respondents, *Henry Handelman*.

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—The Chancellor, Chief Justice, Parker, Bodine, Heher, Perskie, Hetfield, Dear, Wells, WolfsKeil, Rafferty, Hague, JJ. 12.

*For reversal*—None.

---

CARL ASCHENBACH, APPELLANT, v. THE INHABITANTS OF THE CITY OF PLAINFIELD ET AL., RESPONDENTS.

Argued May 17, 1939—Decided September 22, 1939.

For the appellant, *Joseph J. Mutnik.*

For the respondent, *William Newcorn.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Porter in the Supreme Court.

*For affirmance*—The Chancellor, Chief Justice, Parker, Bodine, Heher, Perskie, Dear, Wells, WolfsKeil, Rafferty, Hague, JJ. 11.

*For reversal*—None.